| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:02CR60025-001 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEO HINSON | ) | |
| | ) | JUDGE NORMAN K. MOON |

On August 16, 2004, Defendant Hinson filed a Motion for Court Order requesting a copy of his Presentence Report in order to make a meaningful appeal in his case. At the time the Motion was filed, defendant had noted an appeal which remains pending with the United States Court of Appeals.

Therefore, Defendant's Motion is Moot and shall be Dismissed.

ENTERED: Norman K Moon
U.S. District Judge

DATE: October 20, 2005